# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IONUT CALCIU,<br><br>　　　　Defendant. | Case No. 2:25-mj-00451-1<br><br>ORDER OF DETENTION |

　　On February 5, 2025, Defendant Ionut Calciu made his initial appearance on a criminal complaint pending in this District. Jeremy Lessam of the Indigent Defense Panel was appointed to represented Mr. Calciu. Mr. Calciu requested a continuance of the detention hearing, and the Court ordered him temporarily detained.

　　At the continued detention hearing, Mr. Calciu submitted on the government's request for detention. The Court ordered Mr. Calciu detained, and hereby makes the following findings:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

Defendant Calciu has lived in the United States for only a year and a half; he lived in Romania until fairly recently and his family ties are primarily overseas. He has no stable employment, no stable residence, and no bail resources. While Calciu is seeking lawful immigration status in the United States, he does not at this time have any permanent lawful status that would permit him to reside here long-term. Based on those facts, the Court concludes that there are no conditions that could be set that would

adequately mitigate the risk of non-appearance. Given that finding, the Court need not make findings with respect to danger to the community.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 13, 2025

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE